IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY SHEDS, LLC a/k/a BIG SKY SHEDS & CABINS,<br><br>Defendants. | CV 24–7–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulated Motion to Dismiss. (Doc. 14.) For good cause appearing,

IT IS ORDERED that the Motion (Doc. 14) is GRANTED. Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, with each party to bear its respective fees and costs. The Clerk of Court is directed to close this matter.

DATED this 4th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1